

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

December 11, 2022

**VIA E-MAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Oldamo Frazer,* **22 Mag. 8233, 22 Cr. 665**

Dear Judge Krause:

      On or about October 13, 2022, the defendant was arrested and presented before this Court on a criminal complaint charging him with narcotics offenses. Upon the Government's application with the defendant's consent, the Court sealed the record of the proceeding and delayed docketing of associated filings through December 12, 2022, subject to renewal. On December 6, 2022, the grand jury returned a three-count Indictment charging the defendant with the offense conduct outlined in the complaint. That Indictment was filed publicly. *See* 22 Cr. 665. The Government does not intend to seek an extension of the sealing period for the complaint, arrest warrant, and the record and filings associated with the October 13, 2022 presentment, and accordingly respectfully submits that the aforementioned materials can be unsealed.

SO ORDERED.

*Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: December 12, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ Qais Ghafary
       Qais Ghafary / Timothy Ly
       Assistant United States Attorneys
       Tel: (914) 993-1930

Cc:  Rachel Martin, Esq. (via e-mail)