UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

v.  Case No. 22 Cr. 665 (PMH)

OLDAMO FRAZER

       Defendant

-------------------------------------------------------X

## ORDER MODIFYING BOND CONDITIONS

For the reasons discussed on the record during this Court's December 16, 2022 bond modification proceeding, it is hereby ordered that the October 13, 2022 Appearance Bond (ECF No. 7) be modified as follows:

1. Paragraph 7(t)(3) is modified to eliminate the words "and NDNY for purposes of attending in -patient substance abuse treatment";

2. Paragraph 7(t)(7) is eliminated; and

3. Paragraph 7(t)(8) is eliminated.

The following conditions are hereby added to the existing bond:

1. Mr. Frazer must participate in mental health evaluation and treatment as directed by Pretrial Services; and

2. Mr. Frazer is subject to home detention enforced by location monitoring, with the type of equipment as directed by Pretrial Services.  Mr. Frazer is authorized to self-install the location monitoring equipment.  The standard conditions of home detention (as listed on AO Form 199B) apply to Mr. Frazer's home detention.

SO ORDERED:

_____
The Hon. Andrew Krause
United States Magistrate Judge

Dated: December 16, 2022