# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

> Application granted. The time for Defendant to respond to the Government's motion in limine is extended August 17, 2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            August 16, 2023

August 16, 2023

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

      Re:  *United States v. Oldamo Frazer*, Case No. 22-cr-665 (PMH)

Dear Judge Halpern,

It came to my attention this morning that the Court expected defendant's response to the government's motion in limine on August 15, 2023. Below, I am requesting until tomorrow, August 17, 2023, to file defendant's response.

Unfortunately, I misread the Court's pretrial order as requiring the following submissions:

    (1) August 4:     Gov't motion in limine with regard to 404(b) notice;

    (2) August 8:     Defendant's motions in limine and response to Gov't Aug. 4 notice;

    (3) August 15:    Gov't response to Defendant's Aug. 8 motion.

I now understand my error. Given the above, I am requesting until tomorrow, August 17, to respond to the government's submissions thus far. I have explained the foregoing to the government. Graciously, the government has no objection to my requested adjournment.

This two-day extension will give defense counsel adequate time to respond to the government's evidentiary submissions.

Thank you for your consideration of this request.

                                Sincerely,

                                Rachel Martin
                                Assistant Federal Defender

cc:     AUSAs Q. Ghafary, K. Prussien; J. Coffman