

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

Application to adjourn the remaining deadlines
in the Pretrial Scheduling Order is denied.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        August 17, 2023

**BY ECF**

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    **Re:**    ***United States v. Oldamo Frazer*, 22 Cr. 665 (PMH)**

Dear Judge Halpern:

    The Government respectfully requests that the Court adjourn the remaining deadlines in the Pretrial Scheduling Order in the above-referenced matter (*see* Dkt. No. 20), until after a hearing concerning appointment of new counsel.

    The Government is in receipt of defense counsel's letter filed earlier this evening requesting that the Court appoint new counsel due to "a complete breakdown in communication." (Dkt. No. 31.)  After reviewing said letter, and in view of the current pretrial schedule and trial date, the Government contacted defense counsel to determine whether co-counsel with the Federal Defenders could appear before August 23, 2023, which is when lead counsel, Rachel Martin, Esq., returns.  In response, Ms. Martin informed the Government that defense counsel would "vastly prefer to wait" until August 23 so that she could be present.

    I have discussed this proposed adjournment of the remaining pretrial submission deadlines with Ms. Martin, and she has no objection.

    Thank you for your consideration of this request.

                    Very truly yours,

                    DAMIAN WILLIAMS
                    United States Attorney

        by: _____/s/_____
                    Kingdar Prussien
                    Assistant United States Attorney
                    (914) 993-1927

cc: Rachel Martin, Esq.
    Mark Gombiner, Esq.
    Jillian Tancil, Esq.