UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v -

OLDAMO FRAZER,

                Defendant.

**ORDER**

22-CR-00665 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Government is directed to file a response to Defendant's Motion to Exclude Expert Testimony (Doc. 33) by August 24, 2023.

                              **SO ORDERED.**

Dated:  White Plains, New York
          August 17, 2023

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge