UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED PRETRIAL SCHEDULING ORDER** |
| - v - | |
| OLDAMO FRAZER, | 22-CR-00665 (PMH) |
| Defendant. | |

PHILIP M. HALPERN, United States District Judge:

The parties are hereby notified that jury selection and trial in this action are scheduled to begin on **December 4, 2023** at 09:30 a.m. Accordingly, the deadlines for pretrial submissions are as follows:

1. Proposed *voir dire*, requests to charge with exact citation to authority, and a proposed verdict sheet shall be filed by **October 20, 2023**. The parties are directed to meet and confer and agree to the extent possible on the proposed charge. If Defendant disagrees on the charge, it should set forth its proposed charge immediately below the government's proposed charge (with citation to authority) so that the Court has one proposed charge. Counsel are also directed to meet and confer concerning proposed *voir dire* questions and prepare one document setting forth the questions agreed to by the parties and additional questions, if any, that the parties cannot agree to. Counsel for the parties shall also confer and provide to the Court a joint, concise written statement describing the case in an impartial, easily understood manner, for the Court to read to the jury panel prior to *voir dire*.

2. Any objections to the government's case-in-chief exhibits shall be served and filed by **October 20, 2023**.

3. To the extent electronic media is to be used, counsel shall confer with the Courtroom Deputy and A/V Department to ensure the technology is working properly in advance of trial.

4. Defendant shall provide to the Court its witness list, if any, by **October 20, 2023**. The witness list shall provide a brief description and purpose of each witness to be offered. Counsel has a continuing obligation to supplement their witness lists upon learning of any additional witnesses.

5. Counsel shall confer to agree on any stipulations of fact to be read into the record. The Court strongly encourages those stipulations to be reduced to writing, signed by counsel and Defendant, and submitted to the Court no later than three business days prior to trial.

6. Should Defendant choose to enter a plea of guilty, a Notice of Intent shall be filed at least two business days prior to the final pretrial conference and a copy of the plea agreement, if any, must be immediately provided to the Court by email.

7. Counsel should not expect the Court to hold bench conferences during trial to consider legal issues or evidentiary rulings that could have been raised before trial without a showing that counsel could not, by the exercise of due diligence, have anticipated them prior to trial.

   **SO ORDERED.**

Dated:  White Plains, New York
        August 28, 2023

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge