# Law Offices of
# Daniel A. Hochheiser

2 Ov[erhill Road]
Scars[dale, NY]
da[...]

> Application granted.
>
> **SO ORDERED.**
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             October 10, 2023

October 9, 2023

Via ECF and email
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Oldamo Frazer, 22 CR 665 PMH
      **PERMISSION TO FILE INTERIM VOUCHERS**

Your Honor,

    I was appointed under the Criminal Justice Act on August 28, 2023 to serve as counsel for defendant, Oldamo Frazer. Your Honor has scheduled this matter for trial to commence December 4, 2023. Because counsel has been and will continue devoting a significant portion of counsel's available professional time and attention to this matter through trial or other disposition, counsel requests that the Court endorse this letter motion to permit me, as CJA counsel, to submit interim vouchers in this case.

                                        Respectfully submitted,

                                        Daniel A. Hochheiser

Cc: all counsel via ECF

1