UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :        **RESCHEDULING ORDER**
                                  :
OLDAMO FRAZER,                    :
          Defendant.           :        7-22-cr-00665 PMH
                                  :
-----------------------------------------------------------x

       Due to a scheduling conflict, the status conference scheduled for October 25, 2023 is rescheduled to November 6, 2023 at 12:30 p.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
      October 19, 2023

                                                    Philip M. Halpern
                                                    United States District Judge