UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA

                                        :       22-cr-665 (PMH)

     -v-

                                          :

OLDAMO FRAZER,                        **<u>ORDER</u>**

                                          :

          Defendant.
------------------------------------------------------X

To:    U.S. Marshals Service, Southern District of New York
         300 Quarropas, White Plains, NY 10601

       Upon the application of the defendant, Oldamo Frazer, through his attorneys, Daniel Hochheiser and Diane Ferrone, Esqs., and for good cause having been shown:

**IT IS HEREBY ORDERED THAT**

       Oldamo Frazer, Westchester County Jail Inmate # 271205, be permitted to receive non-prison clothing at the U.S. Marshals Service, SDNY, White Plains location for trial, scheduled to begin December 4, 2023. The Marshals shall accept two suit pants, two dress shirts, two suit jackets, one tie, two pairs of socks, and a pair of shoes to wear to court.

Dated:  White Plains, New York
          November 15, 2023

_____
Hon. Philip M. Halpern
District Judge, United States District Court
Southern District of New York