UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

OLDAMO FRAZER,
                Defendant.
-----------------------------------------------------------x

**ORDER**

7-22-cr-00665 PMH

      At the November 6, 2023 pretrial conference, the parties were directed to jointly submit a revised proposed jury charge and verdict sheet to the Court by **November 15, 2023 at 5:00 p.m.** (*See* November 6, 2023 Minute Entry). On November 15, 2023, the Court received via email the Government's revised proposed jury charge and verdict form. The Government indicated in its November 15th email that it had not yet met and conferred with Defendant regarding whether the revised materials are a joint proposal of the parties or whether Defendants intends to offer different proposed materials.

      The parties are directed to, by **November 21, 2023 at 12:00 p.m.**, meet and confer and jointly file revised versions of the proposed jury charge and verdict form.

**SO ORDERED:**

Dated: White Plains, New York
       November 17, 2023

                                              Philip M. Halpern
                                              United States District Judge