UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :
                                            :     **ORDER**
v.                                          :
                                            :
OLDAMO FRAZER,                              :
            Defendant.                      :     7-22-cr-00665 PMH
                                            :
-----------------------------------------------------------x

The Government is directed to respond to Defendant's motion for reconsideration of his motion *in limine* to preclude expert testimony (Doc. 69) by **December 4, 2023 at 9:00 a.m.**

**SO ORDERED:**

Dated: White Plains, New York
       December 1, 2023

*[signature]*

Philip M. Halpern
United States District Judge