*Law Offices of*
*Daniel A. Hochheiser*
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochhei[ser...]
(646) 863-[...]

> Application granted.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 4, 2023

**VIA ECF**

Honorable Philip M. Halpern
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Oldamo Frazer</u>, 22-cr-665 (PMH)

Dear Judge Halpern:

    In an abundance of caution, I write concerning a trial scheduling matter. In the event, the trial lasts until Friday afternoon, December 8, 2023, I will not be available past 3:30pm as I am a Jewish Sabbath observer. On December 8, Shabbat begins at 4:09pm.

    Accordingly, in the event this becomes an issue, I ask that trial proceedings end no later than 3:30pm on December 8.

Respectfully submitted,

_(signature)_

Daniel A. Hochheiser

cc: All Parties (via ECF)